# United States District Court
## WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

THOMAS K. NORDLIE and
KATHLEEN R. NORDLIE
    v.

COMMISSIONER OF INTERNAL
REVENUE

CASE NUMBER: C09-5037RBL

[ √ ]   **Decision by Court.** This action came under consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendants' Motion to Dismiss for lack of subject-matter jurisdiction is GRANTED.

This action is DISMISSED IN IT'S ENTIRETY with prejudice.

DATED : JUNE 23, 2009

                          BRUCE RIFKIN
                          *Clerk*

                          /s/ Jean Boring
                          *(By) Deputy Clerk*, Jean Boring